

JIREH CONSULTING INC. (doing business as The Writing Company), Plaintiff,

and

Jerroll M. Sanders, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5040.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2005.

Jerroll M. Sanders, pro se.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

PUGLIA ENGINEERING, INC., Appellant,

v.

Michael CHERTOFF, Secretary of Homeland Security, Appellee.

No. 05–1371.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2005.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Valerie M. BUSBY, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3257.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2005.

### ORDER

Order Vacated, See 2005 WL 2009413.